154 So. 916

## Verne D. CHRISTIAN v. STATE ex rel. S. A. MOORE, Deputy Solicitor.

### 6 Div. 492.

Supreme Court of Alabama.

April 19, 1934.

J. Clark Taylor, Jr., of Birmingham, and Edward Saunders, of Bessemer, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.